133 So.2d 713

**REYNOLDS METALS CO.**

v.

**Mable S. THORNE, Adm'x.**

**8 Div. 78.**

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Clopper Almon and Vincent McAlister, Sheffield, for petitioner.

Cooper, Mitch, Black & Crawford, Birmingham, opposed.

SIMPSON, Justice.

Petition of Reynolds Metals Company for certiorari to the Court of Appeals to review and revise the judgment and decision in Reynolds Metals Co. v. Thorne, 133 So.2d 709.

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.

133 So.2d 706

**Robert D. SANDERS**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 755.**

Supreme Court of Alabama.

Sept. 14, 1961.

Rehearing Denied Nov. 2, 1961.

Arthur D. Shores, Peter A. Hall, Orzell Billingsley, Jr., Oscar W. Adams, Jr., and

J. Richmond Pearson, Birmingham, for petitioner.

Watts E. Davis and Wm. C. Walker, Birmingham, opposed.

GOODWYN, Justice.

Petition of Robert D. Sanders for certiorari to the Court of Appeals to review and revise the judgment and decision in Sanders v. City of Birmingham, 133 So.2d 705.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.